**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GLENN STOLL,
        Plaintiff,

vs.                                      3:06cv179/MCR/MD

TERRY MARTIN, et al.,
        Defendants.

---

**O R D E R**

      This cause is before the court upon plaintiff's filing a "criminal complaint, affidavit and brief of information." (Doc. 1). Because the plaintiff seeks monetary damages, and because the plaintiff has no standing to bring a criminal complaint, the court will treat the complaint as a civil rights complaint. The filing fee in such cases is $350.00. Plaintiff has failed to either pay the $350.00 filing fee or to submit a motion to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion with supporting documentation.

      Accordingly, it is ORDERED:

      The clerk is directed to forward to the plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*. Within thirty days from the date of this order, plaintiff shall file either the completed "IFP" motion, or payment in the amount of $350.00.

      Failure to comply may result in a recommendation of dismissal of this action for failure to prosecute or to comply with an order of the court.

      DONE AND ORDERED this 26th day of May, 2006.

                             /s/ *Miles Davis*
                             **MILES DAVIS
                             UNITED STATES MAGISTRATE JUDGE**